UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN JAMES ANDERSON, | No. 2:24-cv-02954-DC-EFB (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| FEDERAL BUREAU OF PRISONS, | (Doc. Nos. 10, 12) |
| Respondent. | |

Petitioner Dylan James Anderson, a federal prisoner proceeding *pro se*, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 9, 2025, Respondent filed a motion to dismiss the petition. (Doc. No. 10.) Petitioner did not file a response to the motion. On October 29, 2025, the magistrate judge ordered Petitioner to file within 30 days an opposition to Respondent's motion. (Doc. No. 11 at 1.) The magistrate judge forewarned Petitioner "[f]ailure to file an opposition will be deemed as consent to have the: (a) action dismissed for lack of prosecution; and (b) action dismissed based on [P]etitioner's failure to comply with these rules and a court order." (*Id*. at 2.) Petitioner did not timely file an opposition to Respondent's motion.

On December 17, 2025, the magistrate judge filed findings and recommendations recommending that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b)

1

and that the Clerk of the Court be directed to administratively terminate all pending motions, including Respondent's motion to dismiss. (Doc. No. 12.) The pending findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (*Id*. at 3.) No objections were filed, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on December 17, 2025 (Doc. No. 12) are ADOPTED in full;

2. This action is dismissed pursuant to Federal Rule of Civil Procedure 41(b);

3. The Clerk of the Court is directed to administratively terminate all pending motions, including Respondent's motion to dismiss (Doc. No. 10);

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:     **February 10, 2026**

Dena Coggins
United States District Judge

2